**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| A. CHARLES PERUTO JR., | : | No. 166 EAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SHINGLES LAW, LLC, SHINGLES AND | : | |
| SHINGLES LLP, STANLEY L. SHINGLES | : | |
| AND EVAN S. SHINGLES, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.